

**FILED**

12/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0526

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0526

STATE OF MONTANA,

　　　Plaintiff and Appellee,

v.

THOMAS WILLIAM PRICE,

　　　Defendant and Appellant.

**FILED**

DEC 3 0 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable James P. Reynolds, District Judge.

Dated this 30th day of December, 2020.

For the Court,

_____
Chief Justice